IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 APR 29  PM 2: 37
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| JUDY JOHNSON, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-12-CV-1184-LY |
| | § | |
| THE BERKLEY GROUP, INC. AND | § | |
| CARIBBEAN CRUISE LINE, INC., | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court is Defendants' Motion to Dismiss Complaint and Motion to Strike Certain Damages and Memorandum in Support, filed March 18, 2013 (Clerk's Doc. No. 18). On March 26, 2013, Plaintiff Judy Johnson filed her First Amended Complaint (Clerk's Doc. No. 21). In light of Plaintiff's filing of her amended complaint,

**IT IS ORDERED** that Defendants' Motion to Dismiss Complaint and Motion to Strike Certain Damages and Memorandum in Support (Clerk's Doc. No. 18) is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this _29th_ day of April, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE