**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| Judy Johnson, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:12-cv-01184-LY |
| | : |
| The Berkley Group, Inc. and | : |
| Caribbean Cruise Line, Inc., | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 13, 2014

                                            Respectfully submitted,

                                            By /s/ Sergei Lemberg
                                            Sergei Lemberg, *Attorney-in-Charge*
                                            Connecticut Bar No. 425027
                                            LEMBERG LAW, L.L.C.
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424
                                            E-mail: slemberg@lemberglaw.com
                                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF), which sent notice of such filing to the following parties listed below:

Jeffrey A. Backman, Esq.
Rebecca F. Bratter, Esq.
Richard W. Epstein, Esq.
Greenspoon Marder, P.A.
200 East Broward Boulevard, Suite 1500
Ft. Lauderdale, FL 33301

Joe T. Sanders, II, Esq.
Scott, Douglass & McConnico
600 Congress Avenue, Suite 1500
Austin, Texas 78701
*Attorneys for Defendants*

                                                By /s/ Sergei Lemberg
                                                    Sergei Lemberg